**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Glenn A. Carroll<br>Christina L. Carroll<br><br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 17-11413 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-6, U.S. Bank National Association, as Trustee and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ Matteo S. Weiner, Esq.**
                                      Matteo S. Weiner, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322 FAX (215) 627-7734