United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Glenn A Carroll  
Christina L Carroll  
      Debtors

Case No. 17-11413-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 22, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.  
db/jdb       +Glenn A Carroll,    Christina L Carroll,    4051 Marshall Road,    Drexel Hill, PA 19026-5114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
        KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-6, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
        STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Christina L Carroll stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com  
        STANLEY E. LUONGO, JR.    on behalf of Debtor Glenn A Carroll stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Glenn A. Carroll and Christina L. Carroll,<br>    Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-11413/ELF |
| JPMorgan Chase Bank, National Association,<br>    Movant,<br>v.<br>Glenn A. Carroll and Christina L. Carroll,<br>    Debtors,<br><br>William C. Miller, Trustee,<br>    Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __21st__ day of __June__, 2017, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents with respect to the property located at 4051 Marshall Road, Drexel Hill, PA 19026; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**