United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Glenn A Carroll
Christina L Carroll
    Debtors

Case No. 17-11413-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2     Date Rcvd: Sep 18, 2018
                 Form ID: 138NEW     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db/jdb         +Glenn A Carroll,    Christina L Carroll,    4051 Marshall Road,    Drexel Hill, PA 19026-5114
cr             +CITIGROUP MORTGAGE LOAN TRUST INC.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
13874657        Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13920314       +Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
14193157       +JP Morgan Chase Bank, National Association,    c/o Kevin S. Frankel, Esq.,
                 Shapiro & DeNardo, LLLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13888158       +M&T Bank,    PO BOX 1508,    BUFFALO, NY 14240-1508
13874660       +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
13908527       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13874658       +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 19 2018 02:40:12
                 Citadel Federal Credit Union,    520 Eagleview Boulevard,    Exton, PA 19341-1119
13874659        E-mail/Text: camanagement@mtb.com Sep 19 2018 02:38:44     M & T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
13875665       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 03:03:47
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13915447        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:09
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
13918654        E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:00     Synchrony Bank,
                 Attn: Bankruptcy Department,    PO Box 530912,    Atlanta, GA 30353-0912
13874661        E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:51:30     Synchrony Bank,    P.O. Box 530912,
                 Atlanta, GA 30353-0912
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
```
              KEVIN S. FRANKEL     on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-6, U.S. Bank
               National Association, as Trustee bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Christina L Carroll
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
```

```
District/off: 0313-2           User: PaulP              Page 2 of 2                  Date Rcvd: Sep 18, 2018
                               Form ID: 138NEW          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          STANLEY E. LUONGO, JR.    on behalf of Debtor Glenn A Carroll stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
          THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-6, U.S. Bank National Association, as Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 7

Case 17-11413-elf    Doc 38    Filed 09/20/18    Entered 09/21/18 01:08:07    Desc Imaged
Certificate of Notice    Page 3 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Glenn A Carroll and Christina L Carroll

    Debtor(s)

Bankruptcy No: 17−11413−elf
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

37 − 36
Form 138_new